JOHN F. SCHNERINGER
Nevada Bar No. 14268
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9304
Facsimile: (702) 255-2858
E-Mail: jschneringer@grsm.com

*Attorneys for Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WOLFGANG R. ALTENBURG, an individual; <br><br>Plaintiff, <br><br>vs. <br><br>AMERICAN EXPRESS NATIONAL BANK, a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CACH, LLC, a foreign limited-liability company; CAPITAL ONE BANK USA, N.A., a national banking association; CREDIT ONE FINANCIAL, a domestic corporation; DISCOVER FINANCIAL SERVICES LLC, a foreign limited-liability company; JP MORGAN CHASE BANK, N.A., a national banking association; PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign limited-liability company; <br><br>Defendants. | Case No.: 2:21-cv-00949-GMN-EJY <br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** <br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Defendants Portfolio Recovery Associates, LLC ("PRA"), by and through its attorneys, John F. Schneringer of Gordon Rees Scully Mansukhani, LLP, and Plaintiff Wolfgang R. Altenburg ("Plaintiff"), by and through his attorney, Kevin Hernandez of Law Office of Kevin L. Hernandez, hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint on May 17, 2021.
2. PRA was served with the Summons and Complaint on May 25, 2021.

3. The current deadline for PRA to file its response to the Complaint is June 15, 2021.

4. PRA retained GRSM as counsel to represent its interests in this matter.

5. PRA requests additional time to file its response to the Complaint up to and including July 20, 2021.

6. The parties have engaged in settlement discussions, and the extension will allow the parties to explore possible early resolution without incurring unnecessary fees and costs.

7. Plaintiff does not oppose PRA's requested extension.

8. Accordingly, PRA will file its responsive pleading to Plaintiff's Complaint on July 20, 2021.

9. This stipulation is not made for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 9th day of June 2021.

**GORDON REES SCULLY MANSUKHANI**

*/s/ John F. Schneringer*

John F. Schneringer
Nevada Bar No. 14268
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
***Attorneys for Defendant, Portfolio Recovery Associates, LLC***

DATED this 9th day of June 2021.

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*

Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
***Attorney for Plaintiff, Wolfgang R. Altenburg***

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: June 9, 2021**