LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada  89148
Telephone:  (702) 804-0706
E-Mail:     *lfink@springelfink.com*

Attorneys for Defendant,
*CACH, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WOLFGANG R. ALTENBURG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS NATIONAL BANK, a national banking association;  BARCLAYS BANK DELAWARE, a foreign corporation; CACH, LLC, a foreign limited-liability company;  CAPITAL ONE BANK USA, N.A., a national banking association;  CREDIT ONE FINANCIAL, a domestic corporation; DISCOVER FINANCIAL SERVICES LLC, a foreign limited-liability company;  JP MORGAN CHASE BANK, N.A., a national banking association;  PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited-liability company;  EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company;  EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company,<br><br>Defendants. | Case No.: 2:21-cv-00949-GMN-EJY<br><br>**STIPULATION TO EXTEND DEFENDANT CACH, LLC'S TIME TO RESPOND TO COMPLAINT (First Request)** |

Defendant CACH, LLC ("CACH") and Plaintiff WOLFGANG R. ALTENBURG ("Plaintiff") (collectively, the "Parties") stipulate and agree as follows:

- CACH's time to respond to Plaintiff's complaint (ECF No. 1), filed on May 18, 2021, will be continued from June 15, 2021 to July 13, 2021 (28 days); and

///

- CACH requires additional time to investigate Plaintiff's allegations and respond to Plaintiff's complaint. This is CACH's first request for an extension.

DATED this 15th day of June, 2021    LAW OFFICE OF KEVIN L. HERNANDEZ

By: */s/ Kevin L. Hernandez*
_____
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No. 12594
8872 S. Eastern Ave., Suite. 270
Las Vegas, Nevada 89123
Attorney for Plaintiff *WOLFGANG R. ALTENBURG*

DATED this 15th day of June, 2021    SPRINGEL & FINK LLP

By: */s/ Leonard T. Fink*
_____
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Attorneys for Defendant *CACH, LLC*

IT IS SO ORDERED:

DATED: June 15, 2021

_____
UNITED STATES MAGISTRATE JUDGE
U.S.D.C. Case No.: 2:21-cv-00949-GMN-EJY