JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WOLFGANG R. ALTENBURG, an individual, | Case No. 2:21-cv-00949-GMN-EJY |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| AMERICAN EXPRESS NATIONAL BANK, a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CACH, LLC, a foreign limited-liability company; CREDIT ONE FINANCIAL, a domestic corporation; DISCOVER FINANCIAL SERVICES LLC, a foreign limited-liability company; JP MORGAN CHASE BANK, N.A., a national banking association; PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company, | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

1  no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND
2  AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to
3  answer, move or otherwise respond to the Complaint in this action is extended from July 19, 2021
4  through and including **August 18, 2021**.  The request was made by Equifax so that it can have an
5  opportunity to collect and review its internal files pertaining to the allegations in the Complaint,
6  and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.
7  
8  Respectfully submitted, this 19th day of July, 2021.

| CLARK HILL PLLC | <u>*No opposition*</u> |
|---|---|
| By: /s/Jeremy J. Thompson<br>Jeremy J. Thompson<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy,<br>Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com<br><br>*Attorney for Defendant Equifax Information Services LLC* | /s/Kevin L. Hernandez<br>Kevin L. Hernandez<br>Nevada Bar No. 12594<br>LAW OFFICE OF KEVIN L. HERNANDEZ<br>8872 S. Eastern Avenue<br>Las Vegas, NV 89123<br>Phone: (702) 563-4450<br>Fax: (702) 552-0408<br>Email: kevin@kevinhernandezlaw.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

*[signature]*
United States Magistrate Judge

DATED: July 19, 2021