Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com

*Attorney for Defendant*
*Discover Financial Services, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WOLFGANG R. ALTENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK, et. al,<br><br>    Defendants. | CASE NO. 2:21-cv-00949-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER FINANCIAL SERVICES, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Wolfgang R. Altenberg ("Plaintiff") and Defendant Discover Financial Services, LLC. ("Discover")[1] stipulate and agree that Discover has up to and including August 11, 2021 to respond to Plaintiff's Complaint (ECF No. 1), to provide Discover additional time to investigate Plaintiff's allegations and for Discover to prepare a response. The current deadline to file a response is July 21, 2021. Therefore, pursuant to LR IA 6-1, this stipulation is timely.

---

[1] By filing this Stipulation, Discover is not waiving any defense, affirmative or otherwise, it may have in this matter, including, but not limited to, lack of personal jurisdiction.

DMWEST #41714840 v1

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: July 21, 2021

| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive<br>Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Discover Financial Services, LLC* | By: Kevin L. Hernandez<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8872 South Eastern Avenue, Suite 270<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 22, 2021