Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com

*Attorney for Defendant*
*JP Morgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WOLFGANG R. ALTENBURG,<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK, et. al,<br><br>   Defendants. | CASE NO. 2:21-cv-00949-GMN-EJY<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR JP MORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Third Request) |

Plaintiff Wolfgang R. Altenburg ("Plaintiff") and Defendant JP Morgan Chase Bank, N.A. ("Chase")[1] stipulate and agree that Chase has up to and including August 13, 2021 to respond to Plaintiff's Complaint (ECF No. 1), to provide Chase additional time to investigate Plaintiff's allegations and for Chase to prepare a response. The current deadline to file a response is July 30, 2021. Therefore, pursuant to LR IA 6-1, this stipulation is timely.

---

[1] By filing this Stipulation, Chase is not waiving any defense, affirmative or otherwise, it may have in this matter, including, but not limited to, lack of personal jurisdiction.

DMWEST #41739714 v1

This is the third request for an extension, and it is made in good faith and not for purposes of delay.

Dated: July 30, 2021.

| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive<br>Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JP Morgan Chase Bank, N.A.* | By: /s/ Kevin L. Hernandez<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8872 South Eastern Avenue, Suite 270<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 2, 2021