JOHN F. SCHNERINGER
Nevada Bar No. 14268
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9304
Facsimile: (702) 255-2858
E-Mail: jschneringer@grsm.com

*Attorneys for Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WOLFGANG R. ALTENBURG, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN EXPRESS NATIONAL BANK, a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CACH, LLC, a foreign limited-liability company; CAPITAL ONE BANK USA, N.A., a national banking association; CREDIT ONE FINANCIAL, a domestic corporation; DISCOVER FINANCIAL SERVICES LLC, a foreign limited-liability company; JP MORGAN CHASE BANK, N.A., a national banking association; PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign limited-liability company; <br><br> Defendants. | Case No.: 2:21-cv-00949-GMN-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** <br> **(Third Request)** |

Pursuant to Local Rule IA 6-1, Defendant Portfolio Recovery Associates, LLC ("PRA"), by and through its attorneys, John F. Schneringer of Gordon Rees Scully Mansukhani, LLP, and Plaintiff Wolfgang R. Altenburg ("Plaintiff"), by and through his attorney, Kevin Hernandez of Law Office of Kevin L. Hernandez, hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint on May 17, 2021.
2. PRA was served with the Summons and Complaint on May 25, 2021.

3. PRA's deadline to file a response to the Complaint was June 15, 2021.

4. On July 19, 2021, PRA filed its second stipulation for extension of time to file response to complaint. (Dkt No. 35). The Court granted this request. (Dkt No. 40).

5. The current deadline for PRA to file its response to the Complaint is August 3, 2021.

6. PRA requests an additional fourteen-day extension to file its response to the Complaint, up to and including August 17, 2021.

7. PRA's counsel continues to communicate with Plaintiff's counsel regarding a possible resolution of the claims against PRA.

8. Plaintiff does not oppose PRA's requested third extension.

9. Accordingly, PRA will file its responsive pleading to Plaintiff's Complaint on or by August 17, 2021.

10. This stipulation is not made for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 2nd day of August 2021. | DATED this 2nd day of August 2021. |
| **GORDON REES SCULLY MANSUKHANI** | **LAW OFFICE OF KEVIN L. HERNANDEZ** |
| */s/ John F. Schneringer* | */s/ Kevin L. Hernandez* |
| John F. Schneringer<br>Nevada Bar No. 14268<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br>***Attorneys for Defendant, Portfolio Recovery Associates, LLC*** | Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8872 S. Eastern Avenue, Suite 270<br>Las Vegas, Nevada 89123<br>***Attorney for Plaintiff, Wolfgang R. Altenburg*** |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: August 3, 2021**