1  Joel E. Tasca
   Nevada Bar No. 14124
2  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
3  Las Vegas, Nevada 89135
   Telephone: 702.471.7000
4  Facsimile: 702.471.7070
   tasca@ballardspahr.com

*Attorney for Defendant*
*Discover Financial Services LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| WOLFGANG R. ALTENBURG, | CASE NO. 2:21-cv-00949-GMN-EJY |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER FINANCIAL SERVICES LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| AMERICAN EXPRESS NATIONAL BANK, et. al, | |
| Defendants. | (Second Request) |

Plaintiff Wolfgang R. Altenburg ("Plaintiff") and Defendant Discover Financial Services LLC ("Discover")[1] stipulate and agree that Discover has up to and including August 25, 2021 to respond to Plaintiff's Complaint (ECF No. 1), to provide Discover additional time to investigate Plaintiff's allegations and for Discover to prepare a response. The current deadline to file a response is August 11, 2021 (ECF No. 44). Therefore, pursuant to LR IA 6-1, this stipulation is timely.

---

[1] By filing this Stipulation, Discover is not waiving any defense, affirmative or otherwise, it may have in this matter, including, but not limited to, lack of personal jurisdiction.

DMWEST #41765682 v1

This is the second request for an extension, and it is made in good faith and not for purposes of delay.

Dated: August 11, 2021.

| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| By: /s/ Joel E. Tasca | By: /s/ Kevin L. Hernandez |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive<br>Suite 900<br>Las Vegas, Nevada 89135 | Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8872 South Eastern Avenue, Suite 270<br>Las Vegas, Nevada 89123 |
| *Attorneys for Defendant*<br>*Discover Financial Services LLC* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 11, 2021