Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WOLFGANG R. ALTENBURG, an individual;<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK, a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CACH, LLC, a foreign limited-liability company; CAPITAL ONE BANK USA, N.A., a national banking association; CREDIT ONE FINANCIAL, a domestic corporation; DISCOVER FINANCIAL SERVICES LLC, a foreign limited-liability company; JP MORGAN CHASE BANK, N.A., a national banking association; PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendant. | Case No.: 2:21-cv-00949-GMN-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT BARCLAYS BANK DELAWARE WITH PREJUDICE** |

Plaintiff, Wolfgang R. Altenburg ("Plaintiff"), and Defendant, Barclays Bank Delaware ("Barclays") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, Plaintiff and Barclays, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a), with Plaintiff and Barclays bearing their own attorneys' fees and

costs incurred in this action.

Respectfully Submitted.

Dated: September 20, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**
*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: September 20, 2021

**NAYLOR & BRASTER**
*/s/ Jennifer L. Braster*
Jennifer L. Braster, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com

**JONES DAY**
*/s/ Katherine A. Neben*
Katherine A. Neben, Esq.
3161 Michelson Drive
Irvine, CA 92612
kneben@jonesday.com
*Attorneys for Experian Information Solutions, Inc.*

Dated: September 20, 2021

**QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.**
*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
jbergh@qslwm.com
*Attorney for Defendant Trans Union LLC*

Dated: September 20, 2021

**CLARK HILL PLLC**
*/s/ Jeremy J. Thompson, Esq.*
Jeremy J. Thompson, Esq.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
jthompson@clarkhill.com
*Attorney for Defendant Equifax Information Services, LLC*

Dated: September 20, 2021

**SPRINGEL & FINK LLP**
*/s/ Leonard T. Fink*
Leonard T. Fink, Esq.
9075 W. Diablo Drive, Suite 302
Las Vegas, NV 89148
lfink@springelfink.com

**YU MOHANDESI LLP**
*/s/ Ben Mohandesi*
Ben Mohandesi, Esq.
633 West Fifth St., Suite 2800
Los Angeles, CA 90071
bmohandesi@yumollp.com
*Attorneys for Defendants Barclays Bank Delaware and Cach LLC*

**IT IS SO ORDERED.**

Dated this __20__ day of September, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT