Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WOLFGANG R. ALTENBURG, an individual;<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK, a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CACH, LLC, a foreign limited-liability company; CAPITAL ONE BANK USA, N.A., a national banking association; CREDIT ONE FINANCIAL, a domestic corporation; DISCOVER FINANCIAL SERVICES LLC, a foreign limited-liability company; JP MORGAN CHASE BANK, N.A., a national banking association; PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendant. | Case No.: 2:21-cv-00949-GMN-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT CACH, LLC WITH PREJUDICE** |

      Plaintiff, Wolfgang R. Altenburg ("Plaintiff"), and Defendant, Cach, LLC ("Cach") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

      Therefore, Plaintiff and Cach, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a), with Plaintiff and Cach bearing their own attorneys' fees and

costs incurred in this action.

Respectfully Submitted.

Dated: October 1, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: October 1, 2021

**QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
jbergh@qslwm.com
*Attorney for Defendant Trans Union LLC*

Dated: October 1, 2021

**CLARK HILL PLLC**

*/s/ Jeremy J. Thompson, Esq.*
Jeremy J. Thompson, Esq.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
jthompson@clarkhill.com
*Attorney for Defendant Equifax Information Services, LLC*

Dated: October 1, 2021

**SPRINGEL & FINK LLP**

*/s/ Leonard T. Fink*
Leonard T. Fink, Esq.
9075 W. Diablo Drive, Suite 302
Las Vegas, NV 89148
lfink@springelfink.com

**YU MOHANDESI LLP**

*/s/ Ben Mohandesi*
Ben Mohandesi, Esq.
633 West Fifth St., Suite 2800
Los Angeles, CA 90071
bmohandesi@yumollp.com
*Attorneys for Defendant Cach LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 1, 2021