Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WOLFGANG R. ALTENBURG, an individual; | Case No.: 2:21-cv-00949-GMN-EJY |
| Plaintiff, | |
| v. | |
| AMERICAN EXPRESS NATIONAL BANK, a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CACH, LLC, a foreign limited-liability company; CAPITAL ONE BANK USA, N.A., a national banking association; CREDIT ONE FINANCIAL, a domestic corporation; DISCOVER FINANCIAL SERVICES LLC, a foreign limited-liability company; JP MORGAN CHASE BANK, N.A., a national banking association; PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; | **STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT DISCOVER FINANCIAL SERVICES, LLC WITH PREJUDICE** |
| Defendant. | |

Plaintiff, Wolfgang R. Altenburg ("Plaintiff"), and Defendant, Discover Financial Services, LLC ("Discover") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

under FRCP 41(a) as to Discover, with Plaintiff and Discover bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: October 19, 2021

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: October 19, 2021

**BALLARD SPAHR LLP**

*/s/ Joel E. Tasca*
Joel E. Tasca, Esq.
Nevada Bar No. 14124
1980 Festival Plaza Dr., Suite 900
Las Vegas, NV 89135
tasca@ballardspahr.com
*Attorney for Defendant Discover Financial Services, LLC*

Dated: October 19, 2021

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
jbergh@qslwm.com
*Attorney for Defendant Trans Union LLC*

Dated: October 19, 2021

**CLARK HILL PLLC**

*/s/ Jeremy J. Thompson*
Jeremy J. Thompson, Esq.
Nevada Bar No. 12503
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
jthompson@clarkhill.com
*Attorney for Defendant Equifax Information Services, LLC*

**IT IS SO ORDERED.  IT IS FURTHER ORDERED** that the Show Cause Hearing set for Friday, November 19, 2021, is **VACATED.**

Dated this   20   day of October, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT