Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WOLFGANG R. ALTENBURG, an individual;<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK, a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CACH, LLC, a foreign limited-liability company; CAPITAL ONE BANK USA, N.A., a national banking association; CREDIT ONE FINANCIAL, a domestic corporation; DISCOVER FINANCIAL SERVICES LLC, a foreign limited-liability company; JP MORGAN CHASE BANK, N.A., a national banking association; PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendant. | Case No.: 2:21-cv-00949-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |

Plaintiff, Wolfgang R. Altenburg ("Plaintiff"), and Defendant, Trans Union LLC ("Trans Union") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Trans Union, with Plaintiff and Trans Union bearing their own attorneys'

fees and costs incurred in this action.

Respectfully Submitted.

Dated: December 16, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: December 16, 2021

**QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
jbergh@qslwm.com
*Attorney for Defendant Trans Union LLC*

**IT IS SO ORDERED.**

Dated this  16  day of December, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT