Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WOLFGANG R. ALTENBURG, an individual;<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK, a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CACH, LLC, a foreign limited-liability company; CAPITAL ONE BANK USA, N.A., a national banking association; CREDIT ONE FINANCIAL, a domestic corporation; DISCOVER FINANCIAL SERVICES LLC, a foreign limited-liability company; JP MORGAN CHASE BANK, N.A., a national banking association; PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendant. | Case No.: 2:21-cv-00949-GMN-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

Plaintiff, Wolfgang R. Altenburg ("Plaintiff"), and Defendant, Equifax Information Services, LLC ("Equifax") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

under FRCP 41(a) as to Equifax, with Plaintiff and Equifax bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: December 17, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: December 17, 2021

**CLARK HILL PLLC**

*/s/ Gia N. Marina*
Gia N. Marina, Esq.
Nevada Bar No. 15276
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
gmarina@clarkhill.com
*Attorney for Defendant Equifax
Information Services, LLC*

**IT IS SO ORDERED.**

Dated this  17  day of December, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT